COURT OF APPEAL, FIRST CIRCUIT
STATE OF LOUISIANA

RE: Docket Number 2021-CA-0165

Succession of Marlene W. Frazier

21st Judicial District Court
Case #: 17580
Livingston Parish

On Application for Rehearing filed on 11/02/2021 by Joseph M. Frazier, II

Rehearing _Denied_

_____
John Michael Guidry

_____
Guy Holdridge

_____
Wayne Ray Chutz

Holdridge J. dissents
I would grant re-hearing
Guy HR

Date **DEC 0 7 2021**

_____
Rodd Naquin, Clerk